■ ANGEL ALVARADO, Also Known as ANGEL ALBARADO, Appellant, v FRENCH COUNCIL LLC et al., Respondents. [50 NYS3d 280]—

Order, Supreme Court, New York County (Robert D. Kalish, J.), entered February 19, 2016, which granted defendants' motions for summary judgment dismissing the complaint, and denied plaintiff's cross motion for partial summary judgment on the issue of liability on his Labor Law § 240 (1) claim, unanimously affirmed, without costs.

Plaintiff was injured when, while doing plastering work during the course of a renovation of a residence, he fell approximately six feet from a makeshift scaffold. The record shows that plaintiff's Labor Law § 200 and common-law negligence claims, which were premised on the theory that plaintiff's injuries arose from the means and methods of his work, were properly dismissed. Plaintiff testified that his employer instructed him on the tasks that he was to perform, and there is no evidence that defendants exercised any supervision or control over plaintiff's work (*see Howard v Turner Constr. Co.*, 134 AD3d 523, 524-525 [1st Dept 2015]). Furthermore, plaintiff's Labor Law §§ 240 (1) and 241 (6) claims were not viable in light of the homeowner's exemptions set forth in the statutes (*see Bartoo v Buell*, 87 NY2d 362, 368-369 [1996]; *Farias v Simon*, 122 AD3d 466 [1st Dept 2014]. Concur—Acosta, J.P., Richter, Andrias, Kahn and Gesmer, JJ.